**Andre P. TOWNSEND, Plaintiff— Appellant,**

v.

**Robin CHAVIS, Associate Warden; Anthony Houston; James Bethea, Classification; John Jones, Lieutenant; Officer Smith; Officer Lott; Officer Redfearn, Defendants—Appellees.**

No. 04–7574.

United States Court of Appeals, Fourth Circuit.

Submitted Feb. 16, 2005.

Decided March 16, 2005.

Andre P. Townsend, Appellant pro se. Andrew Foster McLeod, Harris & McLeod, Cheraw, South Carolina, for Appellees.

Before KING and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Andre P. Townsend appeals the district court's orders accepting the recommendation of the magistrate judge in part and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Townsend v. Chavis,* No. CA–02–4060 (D.S.C. Apr. 15 & Sept. 8, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*